# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-21255-JRS |
| CANDICE ELAINE RICHEY, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## POST-CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR APPROVAL

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

### MODIFICATION OF PLAN

The Debtor needs to lower her step payment due to her spouse not working.

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court January 26, 2017, as follows:

Paragraph 2 of the Plan is modified to **delete: Plan Payments and Length of Plan**. Debtor will pay the sum of $205.00 per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of 36 months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

( X ) IF CHECKED, Plan payments will increase by $_300.00_____
monthly in ___April 2017_____, when separated spouse is released from prison. The additional funds shall be disbursed to attorney fees until paid in full and then pro-rata to all claims being funded at the time of the increase.

Paragraph 2 of the Plan is modified to **add: Plan Payments and Length of Plan**. Debtor will pay the sum of $205.00 per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of 36 months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan

shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

( X ) IF CHECKED, Plan payments will increase by $100.00 monthly in April 2017, when separated spouse is released from prison. The additional funds shall be disbursed to attorney fees until paid in full and then pro-rata to all claims being funded at the time of the increase.

Dated: March 21, 2017.

/s/
Candice Elaine Richey

/s/
Susan Shiptenko
GA Bar No. 374402
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-21255-JRS |
| CANDICE ELAINE RICHEY, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND**
**HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor have filed a proposed modification to the confirmed plan in this case, a copy of which modifications you are receiving with this Notice of have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **March 21, 2017.** If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
Room 120 United States Courthouse
121 Spring Street
Gainesville, Georgia 30501

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Candice E. Richey
788 McDonald Circle
Commerce, Georgia 30529

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **April 20, 2017, at 10:15 am.**

in **Courtroom 103**, U.S. Courthouse, 121 Spring Street, Gainesville, Georgia.  **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: March 21, 2017.

/s/
Candice Elaine Richey

/s/
Susan Shiptenko
GA Bar No. 374402
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

**CERTIFICATE OF SERVICE**

      This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley  
Chapter 13 Trustee  
303 Peachtree Center Ave  
Suite 120  
Atlanta, GA  30303  

Candice E. Richey  
788 McDonald Circle  
Commerce, Georgia 30529  

      This the 22nd day of March, 2017.

                                          /s/  
                                          Susan Shiptenko  
                                          GA Bar No. 374402  
                                          Attorney for the Debtor

BERRY & ASSOCIATES  
2751 Buford Highway, Suite 600  
Atlanta, GA 30324  
(404) 235-3300